NOT YET SCHEDULED FOR ORAL ARGUMENT

---

No. 14-7061

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

UNITED STATES OF AMERICA *ex rel.* MICHEAL L. DAVIS,
Appellee,

v.

DISTRICT OF COLUMBIA,
Appellant.

---

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**APPELLANT THE DISTRICT OF COLUMBIA'S
STATEMENT OF INTENT TO UTILIZE A DEFERRED JOINT APPENDIX**

---

The District of Columbia does not intend to utilize a deferred joint appendix.

        Respectfully submitted,

        IRVIN B. NATHAN
        Attorney General for the District of Columbia

        TODD S. KIM
        Solicitor General

        LOREN L. ALIKHAN
        Deputy Solicitor General

        /s/ Stacy L. Anderson
        STACY L. ANDERSON
        Senior Assistant Attorney General
        Office of the Solicitor General

        Office of the Attorney General
        441 4th Street, NW, Suite 600S
        Washington, D.C. 20001
June 2014        (202) 724-6625

## CERTIFICATE OF SERVICE

I certify that on June 5, 2014, a copy of this statement was served through the Court's ECF system to:

Curtis A. Boykin

Alex M. Chintella

Frederick A. Douglas

                        /s/ Stacy L. Anderson
                        Stacy L. Anderson