IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES *ex rel.* MICHAEL L. DAVIS, <br><br> and <br><br> MICHAEL L. DAVIS, <br><br>  Appellant, <br><br>  v. <br><br> DISTRICT OF COLUMBIA, <br><br>  Appellee. | Appeal No.  14-7060 <br><br> (Consolidated with 14-7061) <br><br><br> NOT YET SCHEDULED FOR ORAL ARGUMENT |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Appellant Michael Davis, through undersigned counsel, hereby files this unopposed Motion to Extend the Briefing Schedule. As grounds for this motion, Appellant states the following:

1. Appellant Davis' brief is currently due on September 15, 2014.

2. The undersigned law firm was recently retained and has been reviewing the extensive record in this lengthy case. Consequently, counsel makes this modest request for a thirty day extension.

3. Counsel communicated with the appellee, District of Columbia, and the appellee does not oppose this extension.

6738574v1

WHEREFORE, for the above stated reasons, Appellant requests the Court sign an Order granting an extension to October 15, 2014.

Dated: August 27, 2014                          Respectfully submitted,

 /s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz
(DC Bar No. 346569)
Arnall Golden Gregory LLP
1775 Pennsylvania Ave, NW
Washington, D.C. 20006
Phone: (202) 677-4056
Fax:   (202) 677-4057
Jeffrey.Jacobovitz@agg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on August 27, 2014 true a copy of the foregoing unopposed Motion to Extend the Briefing Schedule was served on counsel of record through the Court's electronic filing system:

Stacy L. Anderson
Todd S. Kim
Loren L. Alikhan

*Counsel for the District of Columbia*

/s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz