# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-7060**                                    **September Term, 2013**

**1:06-cv-00629-JDB**

**Filed On: August 29, 2014** [1509979]

United States of America, ex rel. Michael L. Davis,

and

Michael L. Davis,

          Appellant

     v.

District of Columbia,

          Appellee

------------------------------

Consolidated with 14-7061

### O R D E R

          It is **ORDERED**, on the court's own motion, that the court's August 28, 2014 order granting appellant's unopposed motion and setting a revised briefing schedule be amended to reflect the following revised cross-appeal briefing deadlines:

| | |
|---|---|
| Appellants' Brief | October 15, 2014 |
| Appendix | October 15, 2014 |
| Appellees' & Cross-Appellants' Brief | November 14, 2014 |
| Appellants' Reply & Cross-Appellees' Brief | December 15, 2014 |
| Cross-Appellants' Reply Brief | December 29, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
          Michael C. McGrail
          Deputy Clerk