# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-7060 | September Term, 2014 |
| | 1:06-cv-00629-JDB |
| | Filed On: November 4, 2014 [1520506] |

United States of America, ex rel. Michael L. Davis,

and

Michael L. Davis,

       Appellant

   v.

District of Columbia,

       Appellee

------------------------------

Consolidated with 14-7061

## O R D E R

    Upon consideration of appellee/cross-appellant's consent motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' & Cross-Appellants' Brief | December 15, 2014 |
| Appellants' Reply & Cross-Appellees' Brief | January 26, 2015 |
| Cross-Appellants' Reply Brief | February 9, 2015 |

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:   /s/
                 Michael C. McGrail
                 Deputy Clerk